# Court of Appeals
# of the State of Georgia

ATLANTA,  October 25, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1151. CMP HOTEL, LLC. v. ROBERT BENITEZ.**

Upon consideration of the complete appellate record, the appeal is hereby DISMISSED as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/25/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*